JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jorge Moreno Alaniz,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. **CV 10-9643-JFW**<br>         [CR 05-873-JFW]<br><br>**JUDGMENT** |

    Pursuant to this Court's December 22, 2010 Order denying Petitioner Jorge Moreno Alaniz's Petition for Habeas Relief under 28 U.S.C. § 2255 on Motion to Set Aside, Vacate, or Correct Sentence.

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: December 22, 2010       _____
                                      JOHN F. WALTER
                            UNITED STATES DISTRICT JUDGE